IN THE SUPREME COURT OF NORTH CAROLINA

No. 453A16

Filed 2 March 2018

ALLIED SPECTRUM, LLC d/b/a APEX CROWN EXPRESS

v.

GERMAN AUTO CENTER, INC., MOHAMED ALI DARAR, and REEM TAMIM DARAR

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 793 S.E.2d 271 (2016), affirming an order for summary judgment entered on 7 July 2015 by Judge Paul G. Gessner in Superior Court, Wake County. Heard in the Supreme Court on 5 February 2018.

> *Bratcher Adams PLLC, by Brice M. Bratcher and J. Denton Adams, for plaintiff-appellant.*
>
> *Austin Law Firm, PLLC, by John S. Austin, for defendant-appellees.*

PER CURIAM.

AFFIRMED.